E-Filed 9/10/15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ATASHRANG,<br><br>Plaintiff,<br><br>v.<br><br>LORETTA LYNCH, et al.,<br><br>Defendants. | Case No.  15-cv-02063-HRL<br><br>**ORDER GRANTING MOTION TO WITHDRAW PETITION AND COMPLAINT AS MOOT**<br><br>Re: Dkt. No. 14 |

Plaintiff Hossein Atashrang sued Loretta Lynch and several other federal employees in their official capacities.  Plaintiff petitioned for a hearing on his naturalization application and for the court to either naturalize Plaintiff or else order that the United States Citizenship and Immigration Services ("USCIS") should naturalize Plaintiff.  The parties expressly consented to magistrate jurisdiction.

Plaintiff moved the court to permit the withdrawal of Plaintiff's petition and complaint as moot because USCIS approved Plaintiff's naturalization application and scheduled him to be sworn in as a United States Citizen.  Dkt. No. 14.  Defendants stated their non-opposition to Plaintiff's motion.  Dkt. No. 15.

The court grants Plaintiff's request.  The petition and complaint are withdrawn as moot.

**IT IS SO ORDERED.**

Dated: 9/10/15

_____
HOWARD R. LLOYD
United States Magistrate Judge